IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR418 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MATTHEW L. KOLACZOWSKI, | ) | |
| Defendant. | ) | |

This matter is before the Court on the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 53).

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 53) is hereby granted; and

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

DATED this 12th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge